UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X 22-cv-05422-GRB-LGD
BLUE CASTLE (CAYMAN) LTD.,

                                              Plaintiff,

-against -

WICKAPOGUE 1, LLC, NICOLE GALLAGHER,         **NOTICE OF APPEARANCE**
MARK GALLAGHER,
HUGH BAUERS CONTRACTING, INC.,
TITLE, LLC, ST. ANDREWS CAPITAL, LLC,
LISA GROSSMAN, BRYAN GEFFEN, and
"JOHN DOE #1" through "JOHN DOE #20,"
the twenty names being fictitious and unknown,
the persons or parties intended being the tenants,
occupants, persons or corporations, if any,
having or claiming an interest upon the Property.

                                              Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Peter S. Gordon, Esq., of the law firm of GORDON & GORDON, P.C., hereby enters his appearance in this action on behalf of the Defendants, WICKAPOGUE 1 LLC, NICOLE GALLAGHER and MARK GALLAGHER. Please serve all papers and documents regarding this case at the address below.

Dated: February 16, 2023
      Forest Hills, NY

                                                                         Respectfully submitted
                                                                       GORDON & GORDON, P.C.

                                                                       <u>/s/Peter S. Gordon, Esq</u>
                                                                       Peter S. Gordon, Esq.,
                                                                       *Attorneys for Defendants,*
                                                                       *Wickapogue 1 LLC, Nicole*
                                                                       *Gallagher, Mark Gallagher*
                                                                       108-18 Queens Blvd. (6th Fl.)
                                                                       Forest Hills, NY 11375
                                                                       T: (718) 544-7070
                                                                       F: (718) 544-0994
                                                                       E: Pgordon137@gmail.com