UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BLUE CASTLE (CAYMAN) LTD.,

                                Plaintiff,

-against-

WICKAPOGUE 1, LLC, NICOLE GALLAGHER, MARK
GALLAGHER, HUGH BAUERS CONTRACTING, INC.,
TITLE, LLC, ST. ANDREWS CAPITAL, LLC, LISA
GROSSMAN, BRYAN GEFFEN, and "JOHN DOE #1"
through "JOHN DOE #20," the twenty names being fictitious
and unknown, the persons or parties intended being the
tenants, occupants, persons or corporations, if any, having or
claiming an interest upon the Property,

                                Defendants.

------------------------------------------------------------X

ORDER

Docket No.: 22-cv-5422

FILED CLERK
1:44 pm, Mar 07, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

NOW, upon application of the Temporary Receiver, Richard P. Donoghue, it is hereby

**ORDERED**, that any occupants of 145 Wickapogue Road, Southampton, NY 11968 (the "Premises") pay rent to the Temporary Receiver in the following monthly amounts:

    a. April 2023 – $60,000

    b. May 2023 – $60,000

    c. June 2023 – $90,000

    d. July 2023 – $150,000; and

**ORDERED**, that the Temporary Receiver is authorized to make the Premises available for viewing by any of the parties, prospective purchasers and real estate agents or brokers for purposes of facilitating the sale of the Premises.

Dated: March __7__, 2023

/s/ Gary R. Brown
_____
The Honorable Gary R. Brown
United States District Judge