

Rafi Hasbani, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

March 22, 2023

**VIA ECF**
The Honorable Judge Dunst
100 Federal Plaza,
Central Islip, NY 11722

      RE:    Case No. 2:22-cv-05422-GRB-LGD
              *Blue Castle (Cayman) Ltd. v. Wickapogue 1, LLC, et. al*
              Subject Property: 145 Wickapogue Road, Southampton, NY 11968

Dear Judge Dunst:

      My firm represents Blue Castle (Cayman) Ltd. ("Plaintiff") in the referenced action. Currently the action is scheduled for preliminary conference for March 29, 2023. To date, while a few defendants appeared, the only parties to file an answer are St. Andrews Capital LLC (prior letter mistakenly stated Bauer's Contracting LLC) and Title LLC. Both entities are represented by Robert Bursky, Esq, and neither entity has filed a contesting answer. While Wickapogue 1, LLC, Nicole Gallagher and Mark Gallagher have appeared by counsel, said parties remain in default. Given that no party is contesting Plaintiff's action, it does not seem that any discovery is needed in this action. Mr. Bursky consents to forgo discovery as well. It is respectfully requested that the court allow Plaintiff to move for its motion for final judgment and should the court see fit, allow the parties to forgo the preliminary conference.

      Thank you for your time and attention to this matter.

                                            Very truly yours,

                                            */s/ Rafi Hasbani*
                                            Rafi Hasbani, Esq.