# Gordon & Gordon
## Attorneys at Law

108-18 Queens Blvd., 6th Floor
Forest Hills, N.Y. 11375

Phone: (718) 544-7070
Fax:    (718) 544-0994

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

www.gordonesq.com

March 23, 2023

MAGISTRATE JUDGE LEE G. DUNST
United States District Court
Eastern District of New York
100 Federal Plaza,
Central Islip, NY 11722
**VIA ECF**

                                                                            Re: Blue Castle (Cayman) Ltd. v.
                                                                             Wickapogue 1, LLC, et. al
                                                                             2:22-cv-05422-GRB-LGD

Dear Judge Dunst,

     Our office represents the defendants, Wickapogue 1 LLC, Nicole Gallagher and Mark Gallagher in the above referenced action and represent the same parties as plaintiffs in civil action no 23-cv-05651 ('2023 action')

     On 03/03/2023 there was on Order issued in the 2023 action, reassigning the case to Judge Gary R. Brown and Your Honor for all further proceedings. On 03/06/2023 this Court issued a Scheduling Order stating that all parties were to submit a proposed discovery plan/scheduling order at least five business days prior to the initial conference, which is going to be held on 3/29/23. There is an initial conference also scheduled for 3/29/23 in the 22-cv-05422 action ('2022 action').

     Undersigned Counsel was therefore surprised to learn that the plaintiff, Blue Castle (Cayman) Ltd., filed a letter on 3/22/23 as well as a proposed discovery plan/scheduling order without discussing it with all the parties first, since Your Honor's Individual Practice Rule IV.A.1 clearly states that the parties should submit a *Joint* discovery plan/scheduling order.

     Furthermore, defendants, defendants, Wickapogue 1 LLC, Nicole Gallagher and Mark Gallagher certainly do intend to engage in discovery and plaintiff's counsel was premature in filing their letter without consent of undersigned Counsel.

1

# Gordon & Gordon
## Attorneys at Law

108-18 Queens Blvd., 6th Floor  
Forest Hills, N.Y. 11375

Phone: (718) 544-7070  
Fax:    (718) 544-0994

Peter S. Gordon, Esq.  
Maris R. Gordon, Esq.

www.gordonesq.com

The defendants do not consent to foregoing the initial conference scheduled for 3/29/23, wish to submit a joint discovery plan/scheduling order to the Court and finally do not consent to plaintiff's request to move for a motion for final judgment, which was not a proper request, in accordance with Your Honor's Individual Practice Rule VI.

I thank the Court for its consideration in this matter.

Sincerely,  
Gordon & Gordon, P.C.

/s/Peter S. Gordon, Esq  
Peter S. Gordon, Esq  
Attorney for Defendants  
*Wickapogue 1 LLC, Nicole Gallagher and Mark Gallagher*

Cc: All counsel via ECF