

Rafi Hasbani, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

March 29, 2023

**VIA ECF**
The Honorable Judge Dunst
100 Federal Plaza,
Central Islip, NY 11722

      **RE:**    **Case No. 2:22-cv-05422-GRB-LGD**
              ***Blue Castle (Cayman) Ltd. v. Wickapogue 1, LLC, et. al***
              **Subject Property: 145 Wickapogue Road, Southampton, NY 11968**

Dear Judge Dunst:

    My firm represents Blue Castle (Cayman) Ltd. ("Plaintiff") in the referenced action. On March 28, 2023, Defendant Wickapogue 1, LLC filed for Bankruptcy under Chapter 11 of the Bankruptcy code. The docket number is 8-23-71048. A copy of the first page of the petition is attached hereto as **Exhibit A**. Due to the bankruptcy filing, the foreclosure action and Wickapogue's affirmative suit are automatically stayed.

    Thank you for your time and attention to this matter.

                                                                     Very truly yours,

                                                                    */s/ Rafi Hasbani*
                                                                    Rafi Hasbani, Esq.