UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **March 29, 2023** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-5422 (GRB)(LGD)**<br>**23-CV-561 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Blue Castle (Cayman) Ltd. v. Wickapogue 1 LLC et al<br>Wickapogue 1 LLC et al v. Blue Castle (Cayman) Ltd. |
| **FOR PLAINTIFF(S):** | **22-CV-5422** – Mojedh Malekan<br>**23-CV-561** – Peter S. Gordon |
| **FOR DEFENDANT(S):** | **22-CV-5422** – Peter S. Gordon, Robert Marc Bursky<br>**23-CV-561** – Mojedh Malekan |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:21-11:49 |

**RULINGS FROM INITIAL CONFERENCE:**

Cases called. Above-noted counsel present.

The parties shall file a joint letter (or separate letters, if necessary) by **April 19, 2023** that provides the parties' views on the following topics:

(1) The status of the bankruptcy action captioned *Wickapogue 1, LLC*, Case No. 8:23-bk-71048 (Bankr. E.D.N.Y.) (the "Bankruptcy Action").
(2) Whether and how the Bankruptcy Action implements an automatic stay in each of the instant cases.
(3) Confirmation of which defendants are subject to the Clerk's entries of default in 22-CV-5422.
(4) The status of Blue Castle (Cayman) Ltd's answer in 23-CV-561.
(5) Whether discovery should proceed in each of the instant cases, either under the automatic stay (if any) in the Bankruptcy Action or the undersigned's authority to manage discovery.
(6) Whether any other issues are outstanding in either of the instant cases.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge